14710.   FIELDING *v.* THE STATE.

LUKE, J.  " Fielder " and " Fielding " are, as a matter of law, idem sonans; and therefore the trial judge did not err in directing a verdict against the defendant's plea of misnomer.  See, in this connection, *Biggers* v. *State*, 109 *Ga.* 105 (1) (34 S. E. 210); *Woody* v. *State*, 113 *Ga.* 927 (1) (39 S. E. 297); *Lovett* v. *State*, 9 *Ga. App.* 232 (1) (70 S. E. 989); *Watkins* v. *State*, 18 *Ga. App.* 500 (89 S. E. 624), and cases cited. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 25, 1923.

Indictment for misdemeanor; from Colquitt superior court — Judge W. E. Thomas. April 10, 1923.

*James L. Dowling,* for plaintiff in error, cited: 100 Am. St. Rep. 344, 350 (note); 22 Minn. 559; 51 Fed. 413; 168 S. W. 676; 21 Tex. App. 327; 28 Tex. App. 70; 52 L. R. A. (N. S.) 937 (note); Webst. Dict., " Idem sonans;" 118 Missouri, 188; 143 Mass. 568 (10 N. E. 178); 68 Ark. 241 (57 S. W. 792, 82 Am. St. Rep. 288); 25 Tex. App. 359 (8 S. W. 280); 76 Ill. 188; 89 Cal. 149 (26 Pac. 759); 95 Ind. 476; 47 Atl. 286; 28 Tex. App. 523 (19 Am. St. Rep. 855); 87 Ala. 96 (6 S. W. 357); 25 Tex. App. 575; 91 Va. 808 (50 Am. St. Rep. 867); 77 Iowa, 381 (14 Am. St. Rep. 297); 19 R. C. L. par. 15, p. 1336; 116 *Ga.* 589, 590; 80 *Ga.* 468; 109 *Ga.* 105, 106; 90 *Ga.* 95; 117 *Ga.* 722.

*Clifford E. Hay, solicitor-general,* contra, cited: 53 *Ga.* 570; 75 *Ga.* 230; 109 *Ga.* 105(1); 113 *Ga.* 698; Id. 927(1); 116 *Ga.* 589(3); 127 *Ga.* 401; 149 *Ga.* 211; 9 *Ga. App.* 232(1); 18 *Ga. App.* 500(2); 18 *Ga. App.* 736; Id. 500; Bouv. Law Dict., " Idem sonans."